# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-00499 PA (JCx) | Date | May 04, 2012 |
|---|---|---|---|
| Title | Patrick Karst, et al. v. County of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE

Before the Court is a Complaint filed by Patrick Karst and Mark Abel on January 19, 2012. Pursuant to the stipulation of the parties, this case was stayed pending the resolution of criminal proceedings in state court that relate to the subject matter of this action.

The Court hereby vacates the stay and the Order of March 13, 2012. Plaintiffs are ordered to show cause, no later than May 18, 2012, why this case should not be dismissed pursuant to Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed 2d 383 (1994), and Harvey v. Waldron, 210 F.3d 1008, 1015 (9th Cir. 2000) (extending Heck to cases that would necessarily imply the invalidity of the prosecution in a pending criminal action). Defendants' response, if any, shall be filed no later than May 25, 2012.

Defendants are further ordered to file, no later than May 25, 2012, their Answers to the Complaint.

IT IS SO ORDERED.